UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE CO., | 23 Civ. No. 9555 (JGLC) (GS) |
| Plaintiff, | **ORDER** |
| - against - | |
| ROYAL ALLIANCE ASSOCIATES, INC. | |
| Defendant. | |

-------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On February 23, 2024, the parties jointly submitted a letter to the Court (Dkt. No. 44) requesting a stay of discovery pending the Court's ruling on Defendant's Motion to Compel Arbitration and Dismiss the Complaint (Dkt. No. 26). The parties' request is granted. Discovery shall be stayed in this action until the Court's ruling on the Motion.

**SO ORDERED.**

DATED:   February 29, 2024
         New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge