**MEMO ENDORSED**



5 Penn Plaza, 19th Floor  
New York, New York 10001  
☎ 212.835.1521

www.aguilarbentley.com

171 East Ridgewood Ave, Ste. 201  
Ridgewood, New Jersey 07450  
☎ 212.835.1521

**VIA ECF**

March 1, 2024

Hon. Gary Stein  
U.S. District Court  
Southern District of New York  
500 Pearl Street, Room 702  
New York, New York 10007

    Re:   *Atlantic Specialty Insurance Co. v. Royal Alliance Associates, Inc.*  
           No. 23 Civ. 9555-JGLC-GS – Motion to Redact

Dear Judge Stein:

    We write on behalf of Plaintiff Atlantic Specialty Insurance Co. ("Atlantic") and file this letter motion to redact certain information that District Judge Clarke has previously ordered be filed in redacted form in the Complaint pursuant to an Order dated December 12, 2023 (the "Order"). *See* Dkt. No. 19. Specifically, upon motion by Defendant Royal Alliance Associates, Inc. ("Royal Alliance"), District Judge Clarke ordered, in relevant part, the names of Royal Alliance's clients who commenced confidential arbitrations against it and the amounts of the related settlements to be redacted in the public version of the Complaint. *Id*.

    Accordingly, consistent with the Order, Atlantic now seeks an order permitting it to redact such information in its opposition to Royal Alliance's Motion to Compel Arbitration and Dismiss the Complaint, which has been filed simultaneously herewith.

                                                       Respectfully submitted,

                                                       /s/ Ryan Weiner

                                                       Ryan Weiner

---

Application granted. The Court has reviewed Plaintiff's proposed redactions and the underlying, unredacted information in its opposition papers to Defendant's Motion to Compel Arbitration. (Dkt. Nos. 48-51). The redactions adhere to Judge Clarke's December 12, 2023 Order, which directed the parties to redact confidential settlement information. (Dkt. No. 19). Defendant did not submit any objection to Plaintiff's instant motion to seal. Accordingly, the Court permits Plaintiff to file its opposition papers in the proposed redacted form.

Date: March 26, 2024  
New York, New York

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN  
UNITED STATES MAGISTRATE JUDGE

A|B