**SPIRO HARRISON & NELSON**

MEMO ENDORSED

Meredith S. Paley
Direct Dial: 973.788.0322
mpaley@shnlegal.com

March 22, 2024

**VIA ECF**

Hon. Gary Stein
U.S. District Court
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

Re: Atlantic Specialty Insurance Co. v. Royal Alliance Associates, Inc.
No. 1:23-cv-9555-JGLC-GS

Dear Judge Stein:

We write on behalf of Defendant Royal Alliance Associates, Inc. ("Royal Alliance") and file this letter motion to redact certain information that District Judge Clarke has previously ordered may be redacted in the Complaint pursuant to an Order dated December 12, 2023 (ECF No. 19). This Court again permitted this information to be redacted on March 4, 2024 (Dkt. 52). Specifically, upon motion by Royal Alliance, District Judge Clarke ordered and Your Honor affirmed, in relevant part, that the names of Royal Alliance's clients who commenced confidential arbitrations against it shall be redacted in the public version of the Complaint.

Accordingly, Royal Alliance hereby seeks an order permitting it to redact such information in its Reply in Support of its Motion to Compel Arbitration and Dismiss the Complaint.

Sincerely,

/s/Meredith S. Paley
Meredith Paley

The Court has reviewed Defendant's proposed redactions and the underlying, unredacted information in its Reply in Support of its Motion to Compel Arbitration. (Dkt. Nos. 54, 55). The redactions adhere to Judge Clarke's December 12, 2023 Order, which directed the parties to redact confidential settlement information. (Dkt. No. 19). Plaintiff did not submit any objection to Defendant's instant motion to seal. Accordingly, the Court permits Defendant to file its reply in the proposed redacted form.

Date: March 28, 2024
New York, New York

SO ORDERED:

_/s/ Gary Stein_
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

SHN\781875.1